CO-386-online
10/03

# United States District Court
# For the District of Columbia

Hackensack University Medical Center,  )
30 Prospect Avenue  )
Hackensack, NJ 07601  )
 )
              VS    Plaintiff  )    Civil Action No._____
 )
Michael O. Leavitt, Secretary,  )
Department of Health and Human Services  )
200 Independence Avenue, S.W.  )
Washington, D.C. 20201  )
              Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Hackensack University Medical Center__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Hackensack University Medical Center__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 441803
BAR IDENTIFICATION NO.

Robert L. Roth, Esq.
Print Name

1001 Pennsylvania Avenue, N.W.
Address

Washington, D.C. 20004
City    State    Zip Code

(202) 624-2870
Phone Number