AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Hackensack University Medical Center
30 Prospect Avenue
Hackensack, NJ 07601

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, Secretary
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

CASE NUMBER:

Case: 1:08-cv-00550
Assigned To : Bates, John D.
Assign. Date : 3/31/2008
Description: Admn Agency Review

TO: (Name and address of Defendant)

Michael O. Leavitt, Secretary
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Roth, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

**MAR 3 1 2008**

CLERK

(By) DEPUTY CLERK

DATE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Hackensack University Medical Center )
)
)
)
Plaintiff )
) Case No.: 1:08-cv-00550 JDB
)
v. )
)
Michael O. Leavitt, Secretary, Department of Health and )
Human Services )
)
)
Defendant )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Robert Proffitt, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Initial Electronic Case Filing Order, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, and Certificate Rule LCvR 7.1

SERVE TO: Michael O. Leavitt, Secretary, Department of Health and Human Services
SERVICE ADDRESS: 200 Independence Avenue, SW, Room 711-E, Washington, DC 20201

DATE SERVED: July 23, 2008   TIME SERVED: 1:05 PM
PERSON SERVED: Evelyn Jimenez-Iyow, Executive Staff Assistant, authorized to accept.

Described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Age: 55   Height: 4'8"   Weight: 115

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

9/25/08
Executed on:

Robert Proffitt
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005616

Client Reference: 035308.0000011