AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Hackensack University Medical Center
30 Prospect Avenue
Hackensack, NJ 07601

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, Secretary
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

CASE NUMBER:

Case: 1:08-cv-00550
Assigned To : Bates, John D.
Assign. Date : 3/31/2008
Description: Admn Agency Review

TO: (Name and address of Defendant)

Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Roth, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                        MAR 3 1 2008

CLERK                                          DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Hackensack University Medical Center )<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Michael O. Leavitt, Secretary, Department of Health and )<br>Human Services )<br>)<br>Defendant ) | Case No.: 1:08-cv-00550 JDB |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Robert Proffitt, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Initial Electronic Case Filing Order, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, and Certificate Rule LCvR 7.1

SERVE TO: United States Attorney's Office
SERVICE ADDRESS: 501 3rd Street, NW, Washington, DC 20001

DATE SERVED: July 23, 2008   TIME SERVED: 12:30 PM
PERSON SERVED: Lakesha Carroll, Legal Assistant, authorized to accept.

Described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Age: 38   Height: 5'8"   Weight: 170

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7/25/08
Executed on:

Robert Proffitt
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005618

Client Reference: 035308.0000011